AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Nina Agdal | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-16873-MCA-MAH |
| Dillon Danis | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Nina Agdal   .

Date:   09/07/2023

/s/ Linxuan Yan
*Attorney's signature*

Linxuan Yan, Bar No. 401192022
*Printed name and bar number*

One Riverfront Plaza
Newark, NJ 07102

*Address*

lyan@sillscummis.com
*E-mail address*

(973) 643-7000
*Telephone number*

(973) 643-6500
*FAX number*