# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey  07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

**Joseph B. Shumofsky**
**Member**
**Direct Dial:  973-643-7000**
**Email: jshumofsky@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

September 7, 2023

**VIA CM/ECF**
Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:    ***Nina Agdal v. Dillon Danis,*** **23-cv-16873 (MCA)(MAH):**
> **Motion for Admission *Pro Hac Vice***

Dear Magistrate Judge Hammer:

This firm represents Plaintiff Nina Agdal ("Plaintiff") in the above-referenced action. Enclosed in support of the motion for admission *pro hac* vice of Jason L. Mays, please find the following documents: (i) my Declaration; (ii) the Declaration of Jason L. Mays of Marcus Neiman Rashbaum & Pineiro LLP; (iii) a proposed form of Order; and (iv) a Certificate of Service. If the proposed Order meets the Court's approval, we request that Your Honor execute it and direct the Clerk's Office to enter it on the docket.

Thank You for Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Joseph B. Shumofsky*
Joseph B. Shumofsky

Enclosures