Joseph B. Shumofsky
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
jshumofsky@sillscummis.com

*Attorneys for Plaintiff Nina Agdal*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NINA AGDAL,<br><br>              Plaintiff,<br><br>v.<br><br>DILLON DANIS,<br><br>              Defendant. | Civil Action No. 2:23-cv-16873-MCA-MAH<br><br><br>**DECLARATION OF JOSEPH B. SHUMOFSKY IN SUPPORT OF *PRO HAC VICE* APPLICATION OF JASON L. MAYS** |

JOSEPH B. SHUMOFSKY, under penalty of perjury, declares as follows:

1. I am an attorney at law in good standing in the State of New Jersey and a member of the law firm of Sills Cummis & Gross P.C., attorneys for Plaintiff Nina Agdal ("Plaintiff"). I am counsel of record for Plaintiff and submit this Declaration in support of the *pro hac vice* application of Jason L. Mays of Marcus Neiman Rashbaum & Pineiro LLP, located in Ft. Lauderdale, Florida.

2. As set forth in his accompanying Declaration, Mr. Mays is a member of the Florida state bar, the Washington D.C. bar, and various federal courts. The years Mr. Mays was admitted to each bar and the address of the office maintaining the role of such members of its bar are set forth in Mr. Mays's accompanying Declaration.

9916175 v2

3. As set forth in his accompanying Declaration, Mr. Mays is a member in good standing and eligible to practice in the jurisdictions and courts where he is admitted, and he is not currently disbarred or suspended in any jurisdiction and there are no pending disciplinary matters against him.

4. As set forth in his accompanying Declaration, in the event Mr. Mays is admitted *pro hac vice* in this action, he will comply with all of the requirements of L. Civ. R. 101.1.

5. Upon admission *pro hac vice* of Mr. Mays, I will continue to participate and serve as counsel of record in this matter and comply with all requirements of L. Civ. R. 101.1.

6. Specifically, as required by L. Civ. R. 101.1(c)(4), I will continue to receive all notices, orders and pleadings, and file all papers, enter appearances for parties, sign stipulations or sign and receive payments on judgments, decrees or orders.

7. I will also appear at all proceedings and sign all pleadings, briefs and other papers.

8. As required by L. Civ. R. 101.1(d), I will continue to strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials or any other proceedings.

9. As counsel of record, I will be responsible for the conduct of the cause and counsel in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/ Joseph B. Shumofsky
Joseph B. Shumofsky

DATED:   September 7, 2023