Joseph B. Shumofsky
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
jshumofsky@sillscummis.com

*Attorneys for Plaintiff Nina Agdal*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NINA AGDAL,<br><br>             Plaintiff,<br><br>v.<br><br>DILLON DANIS,<br><br>             Defendant. | Civil Action No. 2:23-cv-16873-MCA-MAH<br><br>**DECLARATION OF JASON L. MAYS IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION** |

JASON L. MAYS, under penalty of perjury, declares as follows:

1. I am Counsel with the law firm Marcus Neiman Rashbaum & Pineiro LLP, attorneys for Plaintiff Nina Agdal. I submit this Declaration in support of my application for admission *pro hac vice* in connection with the above-captioned matter.

2. My office address and telephone number are as follows:

   Marcus Neiman Rashbaum & Pineiro LLP
   One Financial Plaza
   100 SE 3rd Avenue, Suite 805
   Ft. Lauderdale, Florida 33394
   Telephone: (305) 434-4941

3. I am qualified to practice law pursuant to Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey.

4. I have been admitted to practice in the State of Florida since October 3, 2013 and the District of Columbia since May 6, 2019. I am also a member of/have been admitted to the U.S. District Court for the Southern District of Florida (November 18, 2013) and the U.S. District Court for the Middle District of Florida (April 17, 2014).

5. The addresses of the offices maintaining the rolls of the state and federal bars that I have been admitted are as follows:

> The Florida Bar
> 651 E. Jefferson St.
> Tallahassee, Florida 32399
>
> District of Columbia Bar
> 901 4th Street N.W.
> Washington, D.C. 20001
>
> U.S. District Court for Southern District of Florida
> Wilkie D. Ferguson U.S. Courthouse
> 400 N. Miami Ave.
> Miami, Florida 33128
>
> U.S. District Court for the Middle District of Florida
> Sam M. Gibbons United States Courthouse
> 801 N. Florida Ave.
> Tampa, Florida 33602

6. I am in good standing and eligible to practice in the above jurisdictions and courts. I am not currently disbarred or suspended in any jurisdiction or court.

7. There are no pending disciplinary matters against me, and no discipline has previously been imposed on me in any jurisdiction or court.

8. I am associated in this matter with Joseph B. Shumofsky, Esq., who is a member of the law firm of Sills Cummis & Gross P.C., is New Jersey counsel of record for Plaintiff, and is qualified to practice law in both the State of New Jersey and the District of New Jersey.

9. If admitted *pro hac vice*, I will comply with all of the requirements of L. Civ. R. 101.1, including: (i) making payment to the New Jersey Lawyers' Fund for Client Protection as

provided by New Jersey Court Rule 1:28-2(a); (ii) making payment of $150.00 to the Clerk of the United States District Court, and (iii) strictly observing the dates fixed for scheduling conferences, motions, pretrial conferences, trials or any other proceedings.

10. If admitted *pro hac vice*, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 3, 2023

_____
Jason L. Mays