Joseph B. Shumofsky
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
jshumofsky@sillscummis.com

*Attorneys for Plaintiff Nina Agdal*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NINA AGDAL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DILLON DANIS,<br><br>　　　　　Defendant. | Civil Action No. 2:23-cv-16873-MCA-MAH<br><br><br>**DECLARATION OF KATHRYN A. MEYERS IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION** |

KATHRYN A. MEYERS, under penalty of perjury, declares as follows:

1. I am a partner in the law firm Marcus Neiman Rashbaum & Pineiro LLP, attorneys for Plaintiff Nina Agdal. I submit this Declaration in support of my application for admission *pro hac vice* in connection with the above-captioned matter.

2. My office address and telephone number are as follows:

　　Marcus Neiman Rashbaum & Pineiro LLP
　　One Biscayne Tower
　　2 South Biscayne Blvd.
　　Suite 2530
　　Miami, Florida 33131
　　Telephone: (305) 400-4266

3. I am qualified to practice law pursuant to Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey.

4. I have been admitted to practice in the State of Florida since April 15, 2004 and the State of New York since March 13, 2000. I have also been admitted to the bars of the U.S. District Courts for the Southern District of Florida (July 21, 2005), the Middle District of Florida (March 15, 2021), the Northern District of Florida (February 18, 2010), the Southern District of New York (April 3, 2001), and the Eastern District of New York (April 19, 2001), as well as the U.S. Court of Appeals for the Eleventh Circuit (November 16, 2018).

5. The addresses of the offices maintaining the rolls of the state and federal bars that I have been admitted are as follows:

>The Florida Bar
>651 E. Jefferson St.
>Tallahassee, Florida 32399
>
>Supreme Court of the State of New York
>Appellate Division
>First Judicial Department
>27 Madison Avenue
>New York, New York 10010
>
>U.S. District Court for Southern District of Florida
>400 N. Miami Ave.
>Miami, Florida 33128
>
>U.S. District Court for the Middle District of Florida
>801 N. Florida Ave.
>Tampa, Florida 33602
>
>U.S. District Court for the Northern District of Florida
>111 N. Adams St.
>Tallahassee, Florida 32301
>
>U.S. District Court for the Southern District of New York
>500 Pearl Street
>New York, New York 10007
>
>U.S. District Court for the Eastern District of New York
>225 Cadman Plaza East
>Brooklyn, New York 11201

U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

6. I am in good standing and eligible to practice in the above jurisdictions and courts. I am not currently disbarred or suspended in any jurisdiction or court.

7. There are no pending disciplinary matters against me, and no discipline has previously been imposed on me in any jurisdiction or court.

8. I am associated in this matter with Joseph B. Shumofsky, Esq., who is a member of the law firm of Sills Cummis & Gross P.C., is New Jersey counsel of record for Plaintiff, and is qualified to practice law in both the State of New Jersey and the District of New Jersey.

9. If admitted *pro hac vice*, I will comply with all of the requirements of L. Civ. R. 101.1, including: (i) making payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a); (ii) making payment of $150.00 to the Clerk of the United States District Court, and (iii) strictly observing the dates fixed for scheduling conferences, motions, pretrial conferences, trials or any other proceedings.

10. If admitted *pro hac vice*, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Kathryn A. Meyers

DATED:   September 5, 2023