Joseph B. Shumofsky
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
jshumofsky@sillscummis.com

*Attorneys for Plaintiff Nina Agdal*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NINA AGDAL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DILLON DANIS,<br><br>　　　　Defendant. | Case No.: 2:23-cv-16873-MCA-MAH<br><br>**CERTIFICATE OF SERVICE** |

JOSEPH B. SHUMOFSKY, being of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey, and a Member of the law firm of Sills Cummis & Gross P.C., attorneys for Plaintiff Nina Agdal ("Plaintiff") in the above-captioned action.

2. On September 7, 2023, a copy of the foregoing Application for *pro hac vice* admission of Kathryn A. Meyers, along with supporting Declarations of Joseph B. Shumofsky and Kathryn A. Meyers, and a Proposed Order, were electronically filed.

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

2

*/s/ Joseph B. Shumofsky*
Joseph B. Shumofsky

Dated: September 7, 2023

9916182 v1