# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

**Joseph B. Shumofsky**
Member
Direct Dial: 973-643-7000
Email: **jshumofsky**@sillscummis.com

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

September 7, 2023

<u>VIA CM/ECF</u>
Honorable Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *Nina Agdal v. Dillon Danis*, 2:23-cv-16873-MCA-MAH
              Motion for Admission *Pro Hac Vice*

Dear Magistrate Judge Hammer:

      This firm represents Plaintiff Nina Agdal ("Plaintiff") in the above-referenced action. Enclosed in support of the motion for admission *pro hac* vice of Jeffrey A. Neiman, please find the following documents: (i) my Declaration; (ii) the Declaration of Jeffrey A. Neiman of Marcus Neiman Rashbaum & Pineiro LLP; (iii) a proposed form of Order; and (iv) a Certificate of Service. If the proposed Order meets the Court's approval, we request that Your Honor execute it and direct the Clerk's Office to enter it on the docket.

      Thank You for Your Honor's consideration of this request.

                                            Respectfully submitted,

                                            */s/ Joseph B. Shumofsky*
                                               Joseph B. Shumofsky

Enclosures
cc:      All Counsel of Record (via ECF)