**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES DISTRICT JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST. ROOM 4066**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

September 11, 2023

<u>VIA ECF</u>

<u>**LETTER ORDER**</u>

Re:   <u>**Agdal v. Danis**</u>
      <u>**Civil Action No. 23-16873**</u>

Dear Litigants and Counsel:

    The hearing scheduled on Tuesday, September 12, 2023, at 4:30 p.m., <u>see</u> ECF No. 7, is adjourned until Tuesday, September 19, 2023, at 2:00 p.m.  Accordingly, the restraints so ordered by the Court in its September 7 Order are hereby extended pending the Tuesday, September 19, 2023 hearing and until further Order of the Court.

    Counsel for Plaintiff is directed to provide Defendant a copy of this Order immediately, via personal service, email and mail service and shall forthwith file a certificate of service with the Court.

    If Defendant fails to appear and oppose restraints, the Court will consider Plaintiff's request for temporary restraints as unopposed.

                                                 **SO ORDERED.**

                                                 */s Madeline Cox Arleo*
                                                 **MADELINE COX ARLEO**
                                                 **UNITED STATES DISTRICT JUDGE**