# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK

**Date:** 9/19/23

**JUDGE: Madeline Cox Arleo**

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                                                 Docket No. 23cv-16873(MCA)

NINA AGDAL v. DILLON DANIS

**Appearances:**

Joseph Shumofsky, Esq., for plaintiff

**Nature of proceedings**: Order to Show Cause

No Opposition having been filed.
Order to show cause with permanent restraints GRANTED.
Order to be issued.

Time Commenced 2:10 p.m.
Time Adjourned 2:25 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk