Sills Cummis & Gross P.C.
Joseph B. Shumofsky
Linxuan Yan
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

Marcus Neiman Rashbaum & Pineiro LLP
Jeffrey A. Neiman (*pro hac vice* application pending)
Kathryn Meyers (*pro hac vice* application pending)
Jason L. Mays (*pro hac vice* application pending)
One Financial Plaza
100 SE 3rd Ave., Suite 805
Fort Lauderdale, Florida 33394
(954) 462-1200

*Attorneys for Plaintiff Nina Agdal*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NINA AGDAL,<br><br>        Plaintiff,<br><br>v.<br><br>DILLON DANIS,<br><br>        Defendant. | Case No.: 2:23-CV-16873-MCA-MAH |

## PLAINTIFF'S CERTIFICATE OF SERVICE

In accordance with the Court's Order of September 20, 2023 [D.E. 13], Plaintiff Nina

Agdal ("Plaintiff") files this Certificate of Service and states as follows:

1.      On September 20, 2023, this Court entered an Order (1) deeming service upon

Defendant effective as of September 16, 2023, and (2) enjoining Defendant and all persons in

active concert or participation with him from posting sexually explicit pictures of Ms. Agdal on

the internet without her consent until further Order of the Court. *See* D.E. 13 (the "Restraining Order").

2.       The Restraining Order requires Plaintiff to provide notice to Defendant via (1) mail service, and (2) email or message via social media.

3.       Also on September 20, 2023, Plaintiff filed a Verified Amended Complaint and Demand for Jury Trial. The Amended Complaint added substantive counts for defamation (Count IV) and false light (Count V).

### EMAIL

4.       On September 20, 2023, at approximately 1:10 p.m. EST, Plaintiff's counsel emailed Defendant's manager,[1] John Meehan, attaching the Restraining Order and asking that it be forwarded to Defendant or his attorney. Similarly, at approximately 6:28 p.m. EST, Plaintiff's counsel emailed Mr. Meehan, attaching the Amended Complaint and asking that it be forwarded to Defendant or his attorney.

### MAIL

5.       On September 20, 2023, Plaintiff's counsel mailed a copy of the Restraining Order to Defendant via Federal Express for overnight delivery at his home address (*i.e.*, the apartment where he resides).

6.       Later, on September 20, 2023, Plaintiff's counsel mailed a copy of the Amended Complaint to Defendant via Federal Express for overnight delivery at his home address.

---

[1] Defendant is a mixed martial artist and boxer whose professional affairs are managed by the sports management company Paradigm Sports Management, LLC.

## SERVICE VIA DIRECT MESSAGE ON X (FORMERLY TWITTER)

7.      On September 20, 2023, at approximately 12:53 pm EST, counsel sent a copy of the Restraining Order to Defendant's known X (formerly Twitter) handle (*i.e.*, username), @dillondanis via direct message.

8.      On September 20, 2023, at approximately 6:16 pm EST, counsel sent a copy of the Amended Complaint to Defendant's known X handle.

Dated:  September 21, 2023                 Respectfully submitted,

                                          **SILLS CUMMINS & GROSS P.C.**

                                          */s/ Joseph B. Shumofsky*

                                          **Joseph B. Shumofsky**
                                          New Jersey Bar No. 045211998
                                          jshumofsky@sillscummis.com

                                          **Linxuan Yan**
                                          New Jersey Bar No. 401192022
                                          lyan@sillscummis.com

                                          One Riverfront Plaza
                                          Newark, NJ 07102
                                          Telephone: (973) 643-7000
                                          Facsimile: (973) 643-6500


                                          **MARCUS NEIMAN RASHBAUM
                                          & PINEIRO LLP**

                                          */s/ Jeffrey A. Neiman*

                                          **Jeffrey A. Neiman**
                                          Florida Bar. No. 544469
                                          jneiman@mnrlawfirm.com
                                          *Pro Hac Vice Admission Forthcoming*

                                          **Kathryn Meyers**
                                          Florida Bar No. 711152
                                          kmeyers@mnrlawfirm.com
                                          *Pro Hac Vice Admission Forthcoming*

**Jason L. Mays**
Florida Bar. No. 106495
jmays@mnrlawfirm.com
*Pro Hac Vice Admission Forthcoming*

100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
Telephone: (954) 462-1200
Facsimile: (954) 688-2492

*Counsel for Plaintiff Nina Agdal*