Joseph B. Shumofsky
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
jshumofsky@sillscummis.com

*Attorneys for Plaintiff Nina Agdal*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NINA AGDAL,<br><br>Plaintiff,<br><br>v.<br><br>DILLON DANIS,<br><br>Defendant. | Civil Action No. 2:23-cv-16873-MCA-MAH<br><br>[~~PROPOSED~~] ORDER ADMITTING<br>JASON L. MAYS *PRO HAC VICE* |

This matter having come before the Court on the application of Joseph B. Shumofsky, Esq, ("the applicant") of the law firm Sills Cummis & Gross P.C., attorneys for Plaintiff Nina Agdal, for the *pro hac vice* admission of Jason L. Mays, Esq. ("counsel"), pursuant to L. Civ. R. 101.1; and the Court having considered the submissions in support of the application, which *no* reflect that counsel satisfies the requirements set forth in L. Civ. R. 101.1(c)(1); *and their being* and for good *opposition to this motion;* cause shown,

IT IS ON THIS 25th day of September, 2023

**ORDERED** that the application for the *pro hac vice* admission of counsel is **GRANTED**; and it is further

**ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

**ORDERED** that counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter; and it is further

**ORDERED** that the applicant shall: (a) be attorney of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for all conduct of the cause and counsel in this matter; and it is further

**ORDERED** that counsel shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which counsel represents the client in this matter; and it is further

**ORDERED** that counsel shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for each *pro hac vice* admission in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that all terms of the Orders entered in this case, including all deadlines set forth herein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of counsel or his inability to be in attendance at proceedings.

SO ORDERED

*s/Michael A. Hammer*
<u>Michael A. Hammer, U.S.M.J.</u>
HON. Michael A. Hammer, U.S.M.J.
Date: 9/25/23

3