UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Click or tap here to enter text. | : | |
| | : | Civil Action No. DNJX223CV016873 |
| **Plaintiff(s)** | : | |
| NINA AGDAL | | |
| | : | |
| v. | : | **CLERK'S CERTIFICATE OF CASH DEPOSIT** |
| **Defendant** | | |
| DILLON DANIS | | |
| | : | |
| Click or tap here to enter text. | : | |

I hereby certify that on September 22, 2023, *one Hundred ($100.00)* (Receipt # 49034) was deposited in the Registry of the Court pursuant to the Order signed September 22, 2023, by Judge Madeline Cox Arleo.

MELLISSA E. RHOADS, CLERK

By: _____  9/26/2023

Brian Y. Lawrence, Finance Specialist