UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NINA AGDAL,<br><br>                Plaintiff,<br><br>- vs –<br><br>DILLON DANIS,<br><br>                Defendant. | Civil No. 23-16873 (MCA)<br><br>**NOTICE OF APPEARANCE** |

The undersigned hereby appears as counsel of record for Defendant Dillon Danis.

_____
Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
t: 201-441-9056
e: mberman@hdrbb.com
*Attorneys for Defendant*

Dated: September 27, 2023