| | |
|---|---|
| NINA AGDAL,<br><br>                    Plaintiff,<br><br>- vs –<br><br>DILLON DANIS,<br><br>                    Defendant. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil No. 23-16873 (MCA)<br><br>**APPLICATION FOR EXTENSION<br>OF TIME ANSWER, MOVE,<br>OR OTHERWISE RESPOND** |

Application is hereby made under Local Rule 6.1(b) for a Clerk's Order extending the time within which Defendant may answer, move or otherwise respond to the Complaint and it is represented that: 1) No previous extension has been obtained; 2) Service of process was effected on September 16, 2023; and 3) Defendant's time to respond presently expires on October 9, 2023.

_____
Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA
BERMAN & BULBULIA, LLC**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
t: 201-441-9056
e: mberman@hdrbb.com
*Attorneys for Defendant*

Dated: September 27, 2023

## ORDER

The above application is GRANTED. The time to answer, move, or otherwise respond to the Complaint is hereby extended to October 23, 2023.

WILLIAM T. WALSH, Clerk

By: _____
           Deputy Clerk

Dated: September __, 2023