**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NINA AGDAL,<br><br>    Plaintiff,<br><br>- vs –<br><br>DILLON DANIS,<br><br>    Defendant. | Civil No. 23-16873 (MCA)(MAH)<br><br>**NOTICE OF APPEARANCE** |

  The undersigned hereby appears as counsel of record for Defendant Dillon Danis.

/s Kelly A. Zampino
Kelly A. Zampino, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBULIA, LLC**
433 Hackensack Avenue, Suite 1002
Hackensack, NJ 07601
t: 201-441-9056
e: kzampino@hdrbb.com
*Attorneys for Defendant*

Dated: October 24, 2023