UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

NINA AGDAL

    Plaintiff(s),

v.

DILLON DANIS

    Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 2:23-cv-16873-MCA-MAH

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Linxuan Yan
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: JEFFREY A. NEIMAN

Address: One Financial Plaza
100 SE 3rd Avenue
Suite 805
Ft. Lauderdale, Florida 33394

E-mail: jneiman@mnrlawfirm.com
(One email address only)