UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NINA AGDAL<br><br>            Plaintiff(s).<br><br>v.<br><br>DILLON DANIS<br><br>            Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 2:23-cv-16873-MCA-MAH |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

/s/ Linxuan Yan
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: KATHRYN A. MEYERS

Address: One Biscayne Tower
2 South Biscayne Blvd.
Suite 2530
Miami, Florida 33131

E-mail: kmeyers@mnrlawfirm.com
(One email address only)

DNJ-CMECF-002