# Sills Cummis & Gross
A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey  07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

**Joseph B. Shumofsky, Esq.**
**Member**
**Direct Dial: 973-643-5382**
**Email: jshumofsky@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

November 2, 2023

**VIA ECF**
Honorable Michael Hammer
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Nina Agdal v. Dillon Danis*, 23-CV-16873 (MCA)(MAH)

Dear Judge Hammer,

    We represent Plaintiff Nina Agdal in the above-referenced matter. Yesterday, on behalf of both parties, Plaintiff filed the Rule 26(f) Conference Report and Joint Proposed Discovery Plan (Docket Entry 30). As such, Plaintiff respectfully requests that Your Honor move up the telephonic conference (currently scheduled for January 3, 2004) to an earlier date within the next month, for the purpose of entering a Pretrial Scheduling Order.

    Thank You for Your Honor's consideration of this request.

Respectfully submitted,

/s/ *Joseph B. Shumofsky*

Joseph B. Shumofsky

cc:	Mark A. Berman, Counsel for Defendant Dillon Danis (via ECF)