AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| Nina Agdal ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  2:23-CV-16873-MCA-MAH |
| Dillon Danis ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Joshua Wander                    .

Date:  12/18/2023

/s/ James Ward
*Attorney's signature*

James Ward Bar No. 142232015
*Printed name and bar number*

641 W Lake Street
Ste 500
Chicago, IL 60661

*Address*

james.ward@actuatelaw.com
*E-mail address*

(312) 579-3108
*Telephone number*

(312) 579-3113
*FAX number*