# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

**Joseph B. Shumofsky, Esq.**
**Member**
**Direct Dial: 973-643-5382**
**Email: jshumofsky@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

February 15, 2024

**VIA ECF**
Honorable Michael Hammer
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re:** *Nina Agdal v. Dillon Danis*, **23-CV-16873 (MCA)(MAH)**

Dear Judge Hammer,

    We represent Plaintiff Nina Agdal in the above-referenced matter. Following the telephone status conference on Friday, February 9, 2024, Your Honor scheduled a follow-up telephone status conference for Tuesday, April 2, 2024. Unfortunately, I will be away on a pre-scheduled vacation that week (Friday, March 29 through Friday, April 5) at a place where I will be unable to call in for the status conference. The other attorneys representing Ms. Agdal were admitted *pro hac vice*, requiring the attendance of local counsel at all proceedings. As such, I respectfully request the rescheduling of the April 2, 2024 status conference to a new date.

    Thank You for Your Honor's consideration of this request.

Respectfully submitted,

/s/ *Joseph B. Shumofsky*

Joseph B. Shumofsky

cc: Mark A. Berman, Counsel for Defendant Dillon Danis (via ECF)
       James Ward, Counsel for Joshua Wander (via ECF)