| | |
|---|---|
| **From:** | Jeffrey Neiman <jneiman@mnrlawfirm.com> |
| **Sent:** | Tuesday, April 2, 2024 2:53 PM |
| **To:** | Stacy Rodriguez |
| **Cc:** | James Ward; Jason Mays; Dara Tarkowski |
| **Subject:** | Re: Dates for Deposition |

** EXTERNAL SENDER **

Thank you for the response.

Jeffrey A. Neiman
Marcus Neiman Rashbaum & Pineiro LLP
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, Florida 33394
Telephone:  954-462-1200
jneiman@mnrlawfirm.com

This e-mail message is from Marcus Neiman & Rashbaum LLP, a law firm, and may contain legally privileged  and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

On Apr 2, 2024, at 2:09 PM, Stacy Rodriguez <stacy.rodriguez@actuatelaw.com> wrote:

Received. We are in the process of obtaining a date.

Stacy J. Rodriguez
Partner
Actuate Law LLC
545 NW 26th St., Suite 640
Miami, Florida 33127
312.462.0462
stacy.rodriguez@actuatelaw.com



CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Jeffrey Neiman <jneiman@mnrlawfirm.com>
**Sent:** Tuesday, April 2, 2024 10:41 AM
**To:** Stacy Rodriguez <stacy.rodriguez@actuatelaw.com>; Dara Tarkowski <dara.tarkowski@actuatelaw.com>
**Cc:** James Ward <james.ward@actuatelaw.com>; Jason Mays <jmays@mnrlawfirm.com>
**Subject:** FW: Dates for Deposition

** EXTERNAL SENDER **

Stacy/Dara

I have sent two emails to Mr. Ward and I have received no response. As you know, your client is ordered to sit for a deposition prior to April 19. The discovery cutoff has been extended, so we have a little more flexibility on scheduling, but we need an agreed up on date by the end of the week in case we need to go to Judge Torres to amend the Order. Please advise.

Jeff

Jeffrey A. Neiman
Marcus Neiman Rashbaum & Pineiro LLP

100 Southeast Third Avenue
Suite 805
Fort Lauderdale, Florida 33394
Telephone: (954) 462-1200
Fax: (954) 688-2492
jneiman@mnrlawfirm.com
www.mnrlawfirm.com

This e-mail message is from Marcus Neiman Rashbaum & Pineiro LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

**From:** Jeffrey Neiman
**Sent:** Monday, April 1, 2024 8:00 AM
**To:** James Ward <james.ward@actuatelaw.com>
**Cc:** Jason Mays <jmays@mnrlawfirm.com>
**Subject:** Re: Dates for Deposition

James

Following up on the email from Thursday. When can you get us dates?

Jeffrey A. Neiman
Marcus Neiman Rashbaum & Pineiro LLP
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, Florida 33394
Telephone: 954-462-1200
jneiman@mnrlawfirm.com

This e-mail message is from Marcus Neiman & Rashbaum LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.