UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NINA AGDAL,<br><br>     Plaintiff,<br><br>  v.<br><br>DILLON DANIS,<br><br>     Defendant. | Civil Action No. 23-16873 (MCA) (MAH)<br><br><br><br>ORDER TO SHOW CAUSE |

  **THIS MATTER** having come before the Court by way of a status conference held on May 31, 2024;

  and the Court also having considered the letters filed by Plaintiff on May 30, 2024 and May 31, 2024 [D.E. 55-56];

  and this Court, by Order filed on April 25, 2024 [D.E. 54], having ordered Defendant Dillon Danis to produce all outstanding discovery responses to Plaintiff by May 10, 2024;

  and the April 25, 2024 Order having further advised Defendant Dillon Danis that failure to comply would result in the issuance of an Order to Show Cause as to why sanctions should not be imposed pursuant to Federal Rules of Civil Procedure 16(f) and 37;

  and it appearing that Defendant Dillon Danis has failed to comply with the Order, in that although the Defense has produced certain discovery responses, a substantial amount of discovery remains to be produced;

  and for good cause shown:

  **IT IS on this 31st day of May 2024,**

**ORDERED THAT** Defendant Dillon Danis shall appear **in person** before the Undersigned on **July 11, 2024, at 10:00 a.m.,** and show cause as to why the Court should not impose sanctions, including but not limited to monetary penalties, pursuant to Federal Rules of Civil Procedure 16(f) and 37, and Local Civil Rule 37.1, for failure to produce discovery responses as required by the Pretrial Scheduling Order filed on November 8, 2023 [D.E. 33], and the April 25, 2024 Order; and it is further

**ORDERED THAT** all discovery deadlines are held in abeyance until Defendant Dillon Danis completes the production of the outstanding responses.  If Defendant Dillon Danis completes production prior to the July 11th hearing, the parties will so alert the Court by way of a joint letter and propose any amended deadlines.  Otherwise, the Court will set amended deadlines at the conclusion of the July 11th hearing.

*s/ Michael A. Hammer*
**Hon. Michael A. Hammer**
**United States Magistrate Judge**