# Sills Cummis & Gross
#### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

**Joseph B. Shumofsky, Esq.**
**Member**
**Direct Dial: 973-643-5382**
**Email: jshumofsky@sillscummis.com**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

June 7, 2024

**VIA ECF**
Honorable Michael A. Hammer
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: *Nina Agdal v. Dillon Danis*, 23-CV-16873 (MCA)(MAH)**

Dear Judge Hammer:

    We represent Plaintiff Nina Agdal in the above-referenced matter. As discussed during the May 31, 2024 status conference, Plaintiff intends to file a Second Amended Complaint. Plaintiff shared a copy of the Second Amended Complaint with defense counsel, who consents to the filing. Enclosed for Your Honor's consideration is a Consent Order Granting Leave To Plaintiff To File Second Amended Complaint, signed by the parties.

    Thank You for Your Honor's consideration.

Respectfully submitted,

/s/ *Joseph B. Shumofsky*

Joseph B. Shumofsky

Encl.

cc:    Counsel for Defendant Dillon Danis

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NINA AGDAL,<br><br>        Plaintiff,<br><br>v.<br><br>DILLON DANIS,<br><br>        Defendant. | Case No.: 2:23-cv-16873-MCA-MAH<br><br>**CONSENT ORDER GRANTING LEAVE TO PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

**THIS MATTER**, having been brought before the Court by Plaintiff Nina Agdal, by and through her counsel, Sills Cummis & Gross P.C., with the consent of defendant Dillon Danis, by and through his counsel Hartmann Doherty Rosa Berman & Bulbulia, LLC, and for good cause appearing:

**IT IS** on this _____ day of June 2024,

**ORDERED THAT:**

1. Plaintiff is granted leave, under Rule 15(a)(2), to amend her Amended Complaint; and

2. Plaintiff shall file her Second Amended Complaint within ten days of receipt of this Order.

_____
HON. MICHAEL HAMMER, U.S.M.J.

Consented to by:

| | |
|---|---|
| SILLS CUMMIS & GROSS P.C.<br>Attorneys for Plaintiff Nina Agdal | HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC<br>Attorneys for Defendant Dillon Danis |
| By: */s/ Joseph B. Shumofsky*<br>     Joseph B. Shumofsky, Esq. | By: */s/ Mark A. Berman*<br>     Mark A. Berman, Esq. |