UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NINA AGDAL,<br><br>        Plaintiff,<br><br>v.<br><br>DILLON DANIS,<br><br>        Defendant. | Case No.: 2:23-cv-16873-MCA-MAH<br><br>**CONSENT ORDER GRANTING LEAVE TO PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

**THIS MATTER**, having been brought before the Court by Plaintiff Nina Agdal, by and through her counsel, Sills Cummis & Gross P.C., with the consent of defendant Dillon Danis, by and through his counsel Hartmann Doherty Rosa Berman & Bulbulia, LLC, and for good cause appearing:

**IT IS** on this 10th day of June 2024,

**ORDERED THAT:**

1. Plaintiff is granted leave, under Rule 15(a)(2), to amend her Amended Complaint; and

2. Plaintiff shall file her Second Amended Complaint within ten days of receipt of this Order.

SO ORDERED

_s/Michael A. Hammer_
Michael A. Hammer, U.S.M.J.

HON. MICHAEL HAMMER, U.S.M.J.
Date: 6/10/2024

Consented to by:

SILLS CUMMIS & GROSS P.C.
Attorneys for Plaintiff Nina Agdal

By: _/s/ Joseph B. Shumofsky_
    Joseph B. Shumofsky, Esq.

HARTMANN DOHERTY ROSA BERMAN & BULBULIA, LLC
Attorneys for Defendant Dillon Danis

By: _/s/ Mark A. Berman_
    Mark A. Berman, Esq.