UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NINA AGDAL,

           Plaintiff,

v.

DILLON DANIS,

           Defendant.

Civil Action No. 23-16873 (MCA) (MAH)

ORDER

**THIS MATTER** having come before the Court for a July 11, 2024 in-person hearing for the Court's May 31, 2024 Order to Show Cause [D.E. 57] held on the record;

and the Court having further considered the record, the parties' arguments, and the applicable case law;

and for the reasons stated on the record on July 11, 2024;

and for good cause shown:

**IT IS** on this 11th day of July 2024,

**ORDERED THAT**

1. Plaintiff's request for sanctions is denied without prejudice.

2. By or before **July 18, 2024,** Plaintiff shall send to Defendant a letter outlining the specific items of written discovery that remain outstanding, and a non-exhaustive list of likely document custodians.

3. By or before **August 18, 2024,** Defendant, with the assistance of counsel, shall search for and produce all responsive materials, as well as all of Defendant's communications regarding either Plaintiff's image or the posting of Plaintiff's image on social media.

4. By or before **August 18, 2024,** Defendant will file a certification outlining:

   (a) all activities done to engage in his search to the responsive discovery;

   (b) result of search to the responsive discovery;

   (c) attesting that the August 18, 2024 production and prior productions constitutes the entirety of responsive materials in Defendant's custody, possession or control, exclusive of those related to X.

5. Any forthcoming deposition of Defendant shall remain open.  If it comes to the Court's attention that Defendant did not produce all responsive documents as outlined in this Order, a forensic vendor shall search all of Defendant's necessary accounts.  Any such forensic search shall solely be at Defendant's expense.

6. There will be a telephone status conference before the Undersigned on **August 27, 2024, at 2:30 p.m.** The parties shall dial **1-888-684-8852** and enter access code **1456817#** to join the call.


      *s/ Michael A. Hammer*
      **Hon. Michael A. Hammer**
      **United States Magistrate Judge**