

**HARTMANN DOHERTY
ROSA BERMAN & BULBULIA**
Limited Liability Partnership    Attorneys At Law

433 Hackensack Avenue, Ste. 1002
Hackensack, New Jersey 07601
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

September 18, 2024

New York Office
1270 Avenue of the Americas, Ste. 816
New York, New York 10020
t: 212.344.4619

Short Hills Office
830 Morris Turnpike, Ste. 304
Short Hills, New Jersey 07078
t: 973.467.1325

**VIA ECF**

Honorable Michael A. Hammer
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Rockland Office
2 Executive Boulevard, Ste. 300
Suffern, New York 10901
t: 845.357.7900

Miami Office
8821 SW 69th Court
Miami, Florida 33156
t: 305.419.2936

> Re:    ***Agdal v. Danis***
>        **Civil No. 23-16873 (MCA) (MAH)**

Dear Judge Hammer:

    Please accept this letter in lieu of a more-formal request to reschedule the September 24, 2024 status conference ordered by the Court. I have been summoned to jury duty on starting Monday, September 23, 2024, and I am required to appear for up for three days or until I am selected. Therefore, I cannot be sure that I will be available on Sep 24, 2024. I have already re-scheduled my jury service two times. I can have my partner appear on Sep 24, 2024, but I suspect the Court expects me to be there in light of the issue the Court seeks to address.

    I apologize for this inconvenience but, truth be told, I have never received a jury summons before and I am hopeful that I will be selected to serve on a jury due to the importance of jury service. Although it seems unlikely that I will be selected, I am required, nevertheless, to be available. Therefore, I would ask the Court to reschedule the status conference for September 30, 2024 or October 1, 2024, that is before the Jewish holidays commence and scheduling becomes more difficult for me.

Respectfully yours,

Mark A. Berman

cc: All Counsel of Record (via ECF)