

**HARTMANN DOHERTY**
**ROSA BERMAN & BULBULIA**
Limited Liability Partnership    Attorneys At Law

433 Hackensack Avenue, Ste. 1002
Hackensack, New Jersey 07601
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

September 20, 2024

New York Office
1270 Avenue of the Americas, Ste. 816
New York, New York 10020
t: 212.344.4619

**VIA ECF**

Short Hills Office
830 Morris Turnpike, Ste. 304
Short Hills, New Jersey 07078
t: 973.467.1325

Honorable Michael A. Hammer
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Rockland Office
2 Executive Boulevard, Ste. 300
Suffern, New York 10901
t: 845.357.7900

      Re:    ***Agdal v. Danis***
             **Civil No. 23-16873 (MCA) (MAH)**

Miami Office
8821 SW 69th Court
Miami, Florida 33156
t: 305.419.2936

Dear Judge Hammer:

      In response to the Court's September 19, 2024 text Order, please be informed that all counsel and Defendant are available for a status conference on the following dates, in order of preference: September 30, October 1, or September 27 (very much not preferred). Defendant has been informed of the dates and that he is expected to attend the status conference in person.

                                        Respectfully yours,

                                        Mark A. Berman

cc: All Counsel of Record (via ECF)