Mark A. Berman, Esq.
**HARTMANN DOHERTY ROSA**
**BERMAN & BULBLIA LLP**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t: 201-441-9056
e: mberman@hdrbb.com
*Attorneys for Defendant*
*Dillon Danis*

| | |
|---|---|
| NINA AGDAL,<br><br>                Plaintiff,<br><br>- vs –<br><br>DILLON DANIS,<br><br>                Defendant. | **UNITED STATES DISTRICT COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil No. 23-16873 (MCA)<br><br>**NOTICE OF WITHDRAWAL**<br>**OF MOTION TO**<br>**WITHDRAW AS COUNSEL** |

Counsel for Defendant DILLON DANIS hereby voluntarily withdraws counsel's motion for leave to withdraw as counsel

_____
Mark A. Berman, Esq.

Dated: October 16, 2024