**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| NINA AGDAL,<br><br>                    Plaintiff,<br><br>          v.<br><br>DILLON DANIS,<br><br>                    Defendant. | Civil Action No. 2:23-cv-16873-MCA-MAH<br><br><br><br>**NOTICE OF WITHDRAWAL OF**<br>**APPEARANCE** |

**PLEASE TAKE NOTICE** that Linxuan Yan of the firm Sills Cummis & Gross P.C. hereby notifies the Court and counsel for all parties of his withdrawal of appearance on behalf of Plaintiff Nina Agdal. Linxuan Yan will no longer be employed by Sills Cummis & Gross P.C. starting from January 9, 2025. Other attorneys of Sills Cummis & Gross P.C. will continue to represent Plaintiff and appear on her behalf.

_s/ Linxuan Yan_
Linxuan Yan
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
lyan@sillscummis.com

*Attorneys for Plaintiff Nina Agdal*

Dated:    January 7, 2025