# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NINA AGDAL,<br><br>            Plaintiff,<br><br>   v.<br><br>DILLON DANIS,<br><br>            Defendant. | Civil Action No. 2:23-CV-16873-MCA-MAH<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Justin M. Schettino, Esq. of Sills Cummis and Gross P.C. hereby enters an appearance on behalf of Plaintiff Nina Agdal, and requests that copies of all papers in this action be served upon him.

Dated: January 10, 2025

                                                */s/ Justin M. Schettino*
                                                Justin M. Schettino
                                                **SILLS CUMMIS & GROSS P.C.**
                                                *Attorneys for Plaintiff Nina Agdal*
                                                One Riverfront Plaza
                                                Newark, New Jersey 07102
                                                (973) 643-7000
                                                jschettino@sillscummis.com