**Hartmann Doherty Rosa Berman & Bulbulia**
Limited Liability Partnership    Attorneys At Law

433 Hackensack Avenue, Ste. 1002
Hackensack, New Jersey 07601
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
1270 Avenue of the Americas, Ste. 816
New York, New York 10020
t: 212.344.4619

Short Hills Office
830 Morris Turnpike, Ste. 304
Short Hills, New Jersey 07078
t: 973.467.1325

Rockland Office
2 Executive Boulevard, Ste. 300
Suffern, New York 10901
t: 845.357.7900

Miami Office
8821 SW 69th Court
Miami, Florida 33156
t: 305.419.2936

October 6, 2025

**VIA ECF**

Honorable Michael A. Hammer
United States Magistrate Judge
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

      Re:    *Agdal v. Danis*
              Civil No. 23-16873 (MCA)(MAH)

Dear Judge Hammer:

      Please accept this letter on behalf of Defendant Dillon Danis in response to Plaintiff's Motion for Leave to File a Third Amended Complaint. Having reviewed the proposed Amended Complaint, Defendant does not oppose Plaintiff's motion.

                                        Respectfully yours,

                                        /s Kelly A. Zampino

                                        Kelly A. Zampino, Esq.

cc: All Counsel (via ECF)