

433 Hackensack Avenue, Ste. 1002
Hackensack, New Jersey 07601
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
1270 Avenue of the Americas, Ste. 816
New York, New York 10020
t: 212.344.4619

Short Hills Office
830 Morris Turnpike, Ste. 304
Short Hills, New Jersey 07078
t: 973.467.1325

Rockland Office
2 Executive Boulevard, Ste. 300
Suffern, New York 10901
t: 845.357.7900

Miami Office
8821 SW 69th Court
Miami, Florida 33156
t: 305.419.2936

October 9, 2025

**VIA ECF**

Honorable Michael A. Hammer
United States Magistrate Judge
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Re:  *Agdal v. Danis*
Civil No. 23-16873 (MCA)(MAH)

Dear Judge Hammer:

Plaintiff's counsel is correct that I had previously volunteered to attempt to assist them to obtain Brandon Danis' cooperation with their subpoena. Of course, volunteering to do something and being ordered by the Court to do something – which carries with it the risk of being held in contempt if one fails to comply – are two entirely different things. In addition to choosing to elide that material difference, Mr. Shumofsky's letter to the Court attaching an email I sent to his out-of-state colleague in a good-faith attempt to help them, simply ensures that I will not volunteer to assist Plaintiff's counsel in the future.

Respectfully submitted,

Mark A. Berman, Esq.

cc: All Counsel of Record (via ECF)