Joseph B. Shumofsky
Stephen A. Moran
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

Jeffrey A. Neiman
Jason L. Mays
NEIMAN MAYS FLOCH & ALMEIDA PLLC
100 SE 3rd Avenue, Suite 805
Ft. Lauderdale, Florida 33394
(305) 434-4941

*Attorneys for Plaintiff Nina Agdal*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NINA AGDAL,<br><br>Plaintiff,<br><br>v.<br><br>DILLON DANIS,<br><br>Defendant. | Civil Action No. 2:23-cv-16873-MCA-MAH<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO COMPEL BRANDON DANIS TO COMPLY WITH SUBPOENA |

THIS MATTER having come before the Court by Sills Cummis & Gross P.C. and Neiman Mays Floch & Almeida PLLC, attorneys for Plaintiff Nina Agdal ("Plaintiff"), on Plaintiff's Motion to Compel Non-Party Brandon Danis ("Brandon") to Comply with Plaintiff's Subpoena, dated August 6, 2025 (the "Subpoena"), pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i); and the Court having reviewed and considered the submissions in support of the motion; and it appearing to the Court, pursuant to Fed. R. Civ. P. 45, that Plaintiff's motion should be granted; [handwritten: and in opposition - see D.E. 108-110;] and for good cause shown;

IT IS ON THIS ___14th___ day of ___October___, 2025, [handwritten: in part and denied in part;]

13574037 v1

**ORDERED** that Plaintiff's Motion to Compel Brandon to Comply with the Subpoena is **GRANTED**; and it is further

**ORDERED** that Brandon shall produce any responsive materials in his possession within fourteen (14) days of the date of this Order; and it is further

**ORDERED** that Brandon shall sit for a remote deposition on a mutually agreed upon date within thirty (30) days of the date of this Order; and it is further

**ORDERED** that, in the event [it appears that Brandon might incur] significant expense as a result of complying with the Subpoena, [Plaintiff's counsel and Brandon shall meet and confer on the best practicable means of avoiding that significant expense, consistent with Fed. R. Civ. P. 45(d)(1).]

~~Brandon shall submit proof thereof within forty (40) days of the date of this Order;~~ and it is further

**ORDERED** that failure to comply with this Order may result in sanctions, including contempt pursuant to Fed. R. Civ. P. 45(g); and it is further

**ORDERED** that counsel for Plaintiff shall undertake reasonable efforts to serve Brandon with a copy of this Order within seven (7) days thereof; and it is further

~~**ORDERED** that counsel for Defendant Dillion Danis shall similarly undertake reasonable efforts to provide Brandon with a copy of this Order within seven (7) days thereof; which shall include instructing Defendant to provide Brandon with a copy.~~

[The Plaintiff points to no part of Fed. R. Civ. P. 45 that obligates another party to undertake the responsibility of effecting service. Rule 45 squarely places that obligation on the party issuing the subpoena.]

_____
HON. MICHAEL A. HAMMER, U.S.M.J.