# Sills Cummis & Gross
A Professional Corporation

101 Park Avenue, 28th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

**Joseph B. Shumofsky**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5382**
**Email:**
**jshumofsky@sillscummis.com**

222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel: (561) 693-0440
Fax: (561) 828-0142

December 2, 2025

<u>**VIA ECF**</u>

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: *Nina Agdal v. Dillon Danis*, **2:23-CV-16873 (MCA)(MAH)**
       **Notice of Non-Compliance**

Dear Judge Hammer,

  On November 7, 2025, Plaintiff Nina Agdal ("Plaintiff") filed a letter motion to compel Defendant Dillion Danis ("Defendant") to respond to her supplemental interrogatories. [Dkt No. 112]. On November 10, 2025, the Court entered an Order requiring that Defendant answer the interrogatories by no later than December 1, 2025. [Dkt. No. 113]. As of the filing of this Notice, Plaintiff still has not received Defendant's interrogatory answers.

  On the morning of December 2, Plaintiff emailed Defense Counsel inquiring about the outstanding interrogatory responses and seeking confirmation that Defendant plans to attend his deposition scheduled for December 9, but no response was received nor any explanation provided for Defendant's continued non-compliance. Plaintiff therefore files this Notice of Non-Compliance to inform the Court of Defendant's failure to comply with the Court's Order, which continues to prejudice Plaintiff as she is attempting to prepare for Defendant's deposition on liability that is scheduled for next week on December 9.

Sills Cummis & Gross
A Professional Corporation

Honorable Michael A. Hammer, U.S.M.J.
December 2, 2025
Page 2

        We thank Your Honor for his consideration of this matter.

        Respectfully submitted,

**SILLS CUMMIS & GROSS, P.C.**

/s/ Joseph B. Shumofsky
Joseph B. Shumofsky, Esq.

**NEIMAN MAYS FLOCH & ALMEIDA PLLC**

/s/ Jeffrey A. Neiman
Jeffrey A. Neiman, Esq.
Jason L. Mays, Esq.

cc: All Counsel of Record (*via ECF*)

20110842 v1