# Sills Cummis & Gross
A Professional Corporation

**101 Park Avenue, 28th Floor**
**New York, New York 10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

**Joseph B. Shumofsky**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5382**
**Email:**
**jshumofsky@sillscummis.com**

222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel: (561) 693-0440
Fax: (561) 828-0142

December 3, 2025

<u>**VIA ECF**</u>

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   **Re:**   *Nina Agdal v. Dillon Danis*, **2:23-CV-16873 (MCA)(MAH)**
      **Text Order, dated December 3, 2025**

Dear Judge Hammer,

  We are writing in connection with the Court's Text Order, dated December 3, 2025, in which the Court ordered that, by 10 am on December 8, 2025, Defendant shall file with the Court confirmation that: (1) he has served responses to Plaintiff's supplemental interrogatories, and (2) he will attend his deposition scheduled for December 9th.

  Thank You for the relief that the Court ordered. Respectfully, Plaintiff requests the Court move up the deadline by which Defendant shall file confirmation with the Court **to 12 pm on Friday, December 5**. Presently, Plaintiff's Counsel has plans to fly up from Florida for the deposition on the morning of December 8 and wants to be able to plan accordingly and avoid incurring unnecessary expenses in the event Defendant does not file confirmation he will appear at his scheduled deposition.

Sills Cummis & Gross
A Professional Corporation

Honorable Michael A. Hammer, U.S.M.J.
December 3, 2025
Page 2

    We thank Your Honor for his consideration of this matter.

                                                 Respectfully submitted,

                                                 **SILLS CUMMIS & GROSS, P.C.**

                                                 /s/ Joseph B. Shumofsky
                                                 Joseph B. Shumofsky, Esq.

                                                 **NEIMAN MAYS FLOCH & ALMEIDA PLLC**

                                                 /s/ Jeffrey A. Neiman
                                                 Jeffrey A. Neiman, Esq.
                                                 Jason L. Mays, Esq.

cc: All Counsel of Record (*via ECF*)