

**HARTMANN DOHERTY ROSA BERMAN & BULBULIA**
Limited Liability Partnership      Attorneys At Law

433 Hackensack Avenue, Ste. 1002
Hackensack, New Jersey 07601
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
1270 Avenue of the Americas, Ste. 816
New York, New York 10020
t: 212.344.4619

Short Hills Office
830 Morris Turnpike, Ste. 304
Short Hills, New Jersey 07078
t: 973.467.1325

Rockland Office
2 Executive Boulevard, Ste. 300
Suffern, New York 10901
t: 845.357.7900

Miami Office
8821 SW 69th Court
Miami, Florida 33156
t: 305.419.2936

May 15, 2026

**VIA ECF**

Honorable Michael A. Hammer
United States Magistrate Judge
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

> **Re:**   ***Agdal v. Danis***
> **Civil No. 23-16873 (MCA)(MAH)**

Dear Judge Hammer:

I respectfully ask the Court to re-schedule the May 22, 2026 conference in the above-referenced matter because, as I belatedly noticed, that date is a Jewish holiday (Shavuot) when I will not be working due to reasons of religious observance. I apologize for not alerting the Court to this conflict when the conference date first was scheduled.

All counsel are available on May 26-28, 2026 to appear in person. If the Court prefers a different date, I can provide additional availability.

I hereby certify under penalty of perjury that I served Defendant with a copy of the motion to withdraw papers and that he responded to me in a manner indicating that he understood the relief requested. Also, I have instructed Defendant that, at present, he must appear in court in person on May 22, 2026.

Respectfully submitted,

Mark A. Berman, Esq.

cc: All Counsel of Record (via ECF)