**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| NINA AGDAL,<br><br>**Plaintiff,**<br><br>v.<br><br>**DILLON DANIS,**<br><br>**Defendant.** | **Civil Action No. 23-16873 (MCA) (MAH)**<br><br><br>**ORDER** |

This matter having come before the Court on the motion of defense counsel Mark A. Berman to withdraw as Defendant's attorney, [D.E. 126];

and the Court having considered defense counsel's motion to withdraw;

and there being no opposition thereto;

and the Court having held a hearing on May 26, 2026, during which Defendant appeared;

and for the reasons stated on the record on May 26, 2026;[1]

and for good cause shown;

**IT IS** on this **9th day of June, 2026,**

**ORDERED** that the motion to withdraw, [D.E. 126], is **GRANTED**.  Mark A. Berman and other counsel from the firm Hartmann Doherty Rosa Berman & Bulbulia, LLC are relieved as counsel of record for Defendant, effective upon entry of this Order;

**ORDERED** that Defendant shall have **thirty (30) days** from the entry of this Order to retain new counsel, or Defendant shall be deemed pro se;

**ORDERED** that outgoing counsel shall serve a copy of this Order on Defendant; and

---

[1] A copy of this transcript may be obtained from King Transcription Services (973) 237-6080.

**ORDERED** that outgoing counsel shall provide an electronic copy of the client file to Defendant or successor counsel, upon request.

s/ Michael A. Hammer
**Hon. Michael A. Hammer,**
**United States Magistrate Judge**

**Dated**: June 9, 2026