**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NINA AGDAL,<br>Plaintiff,<br>v.<br>DILLON DANIS,<br>Defendant. | Case No. 23-cv-16873 (MCA)(ADS)<br>**ORDER TO SHOW CAUSE** |

**THIS MATTER** has come before the Court *sua sponte* because *pro se* Defendant Dillon Danis has failed to appear for recent court appearances and otherwise participate in this litigation;

and the Court noting that Mr. Danis has a history of non-compliance with Court orders and dilatory conduct in this action, *see, e.g.*, D.E. 54 ("Defendant must produce ALL outstanding discovery responses by May 10, 2024. The Court will not further extend this deadline, and the Court respectfully asks that Defense counsel specifically instruct Defendant that failure to comply with the foregoing may result in the issuance of an Order to Show Cause as to why sanctions should not be imposed pursuant to Federal Rules of Civil Procedure 16(f) and 37."), D.E. 57 (order to show cause why the Court should not impose sanctions against Mr. Danis for failure to produce discovery responses); D.E. 75 (order to show cause "as to why the Court should not impose sanctions against [Mr. Danis]" for failure to file status report and declaration), D.E. 82 ("Due to Defendant Danis's failure to appear before this Court on October 1, 2024, the hearing will resume at 9:00 a.m. on October 2nd. Mr. Danis must appear for the conference in person, with no exceptions."), D.E. 117 (threat of sanctions "including striking Defendant's answer and/or imposing monetary sanctions, pursuant to Federal Rules of Civil Procedure 16(f) and 37");

and the Court having granted the motion of Mr. Danis' former counsel to withdraw as his attorney because, among other things, Mr. Danis "has become non-responsive to counsel's communications," D.E. 126 ¶¶ 9-13, D.E. 133;

and Plaintiff's counsel having informed the Court of their inability to meaningfully communicate with Mr. Danis who became *pro se* after his attorney withdrew, D.E. 136;

and the Court having scheduled a telephone status conference on September 14, 2026, at 2:30 p.m. to address the remainder of discovery and dispositive motions, D.E. 135;

and the Court expressly requiring Mr. Danis to appear for the September 14, 2026, telephone status conference, *see* D.E. 135 ("The Court emphasizes to Defendant Danis that he must participate with Plaintiff's counsel in the meet-and-confer and appear for the September 14th conference. Plaintiff's counsel shall transmit a copy of this Order to Defendant at his listed address and any known e-mail address."), D.E. 137 ("Failure of Mr. Danis to appear at the September 14 conference may result in the issuance of sanctions, dismissal of the matter for failure to prosecute it, or the striking of defenses for failure to comply with Court orders.");

and Mr. Danis having failed to appear at the September 14, 2026, telephone status conference;

and the Court now considering the imposition of sanctions, including costs, attorneys' fees, and an order striking Mr. Danis' Answer and entering default against him;

and for good cause shown,

**IT IS, on this 18th day of September, 2026,**

**ORDERED** that Mr. Danis is directed to show cause in writing by **October 1, 2026**, why sanctions, including striking of Mr. Danis' answer and entering default against him, should not issue for failure to respond to this Court's Orders pursuant to Federal Rule of Procedure 16(f); and it is further;

**ORDERED** that Mr. Danis shall appear in person before the undersigned for a hearing on this Order to Show Cause in **Courtroom 2C on October 2, 2026, at 9:30 a.m.** All other counsel shall appear but may participate via telephone; and it is further

**ORDERED** that the Clerk of Court shall mail this Order to Mr. Danis at his address of record. Counsel for Plaintiff shall transmit this Order to Mr. Danis' last-known email address and to his last-known home address by certified mail.

***s/ Alex D. Silagi***
Hon. Alex D. Silagi
United States Magistrate Judge