**Sills Cummis & Gross**
A Professional Corporation
101 Park Avenue, 28th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel: (561) 693-0440
Fax: (561) 828-0142

**Joseph B. Shumofsky**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5382**
**Email:**
**jshumofsky@sillscummis.com**

October 9, 2026

**VIA ECF**
Hon. Alex D. Silagi, U.S.M.J.
United States District Court, D.N.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re:** ***Nina Agdal v. Dillon*** **Danis, Case No. 2:23-cv-16873 (MCA) (MAH) – DE 141**

Dear Judge Silagi:

We represent Plaintiff Nina Agdal in the above-referenced matter. On October 7, 2026, when we filed the letter (D.E. 142) and certification (D.E. 143) in connection with the Court's September 21, 2026 show cause order and consideration of the imposition of sanctions against Defendant, my office inadvertently filed D.E. 141(a previously filed proposed Case Management Order). The Clerk of the Court's Office (i) advised that DE 141 could not be removed from the docket but would be restricted from view, and (ii) directed us to file this letter to Your attention confirming that DE 141 does not need to be considered by the Court and asking that it remain restricted on the docket.

Thank You for Your consideration of this matter.

**SO ORDERED.**

***/s/ Alex D. Silagi***
Hon. Alex D. Silagi
United States Magistrate Judge
Date: 10/13/2026

Respectfully submitted,

**SILLS CUMMIS & GROSS, P.C.**

/s/ Joseph B. Shumofsky
Joseph B. Shumofsky, Esq.

cc: Defendant, Dillon Danis (*via FedEx and email*)