**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NINA AGDAL,<br><br>Plaintiff,<br><br>v.<br><br>DILLON DANIS,<br><br>Defendant. | Case No. 2:23-cv-16873-MCA-ADS<br><br>**CERTIFICATION OF JOSEPH B. SHUMOFSKY, ESQ.** |

I, JOSEPH B. SHUMOFSKY, under penalty of perjury, certify as follows:

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey, and a member of the law firm of Sills Cummis & Gross P.C., attorneys for Plaintiff Nina Agdal ("Plaintiff") in the above-captioned action. Plaintiff also is represented by the firm of Neiman Mays Floch & Almeida PLLC in this matter.

2. I make this Certification pursuant to the Court's October 22, 2026 Order for Sanctions (D.E. 147) (the "Order"), to set forth the collective efforts undertaken by Plaintiff's counsel to effectuate service of the Order on Defendant Dillon Danis ("Defendant").

3. On October 23, 2026, Plaintiff's counsel transmitted the Order to Defendant via email, certified mail, and Federal Express:

a. Attached hereto as ***Exhibit A*** is Plaintiff's counsel's October 23, 2026 email;

b. Attached hereto as ***Exhibit B*** is a certified mail receipt stamped mailed on October 23, 2026; and

c. Attached hereto as ***Exhibit C*** is a FedEx receipt confirming mailing on October 23, 2026, and delivery on October 26, 2026.

4. On October 29, 2026, Plaintiff's counsel also sent the Order to Defendant via text message. Attached hereto as ***Exhibit D*** is Plaintiff's counsel's October 29, 2026 text message.

5. In making the foregoing service attempts, Plaintiff's counsel used Defendant's last-known email addresses, home address, and telephone number, each of which Plaintiff's counsel used previously to communicate with Defendant. (*See* D.E. 143) (reflecting past service attempts and communications with Defendant). Defendant also confirmed the accuracy of the contact information used by Plaintiff's counsel during his deposition in this case.

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 30, 2026

*/s/ Joseph B. Shumofsky*
Joseph B. Shumofsky