# EXHIBIT B

9589 0710 5270 1845 8042 56

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

S. Moran

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

LITTLE FALLS, NJ 07424
OCT 23 2026
USPS

Postage
$
Total Post
$
Sent To
Dillon Danis
[redacted]
Street and
City, State,

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions