# EXHIBIT C

psship FedEx®

**To**

Dillon Danis
[redacted]

**From**

Joseph B. Shumofsky (0656)
Sills Cummis & Gross P.C.
The Legal Center
One River Front Plaza
Newark, NJ 07102
United States

*phone/extension*
5382

*office*
New Jersey

**Billing**

*type*
Client/Matter

*account*
Agdal, Nina
Dillon Danis
(06560013.000001)

**Operator**

*name*
Althea Price

*phone/ext*
973-643-5398

*e-mail*
apdrayton@sillscummis.com

**Shipping**

*vendor*
FedEx

*ship date*
10/23/26

*tracking number*
879124748981
Obtain Proof of Delivery

*service*
FedEx Priority Overnight®

*packaging*
FedEx® Envelope

*signature*
Service Default

*options*
None

*courtesy quote*
34.68 USD
*Quote may not reflect all accessorial charges*

**Notification**

*notification type*
Delivery

*notification recipients*
jshumofsky@sillscumm...
smoran@sillscummis.com

**Log**

Activity for package id: 0158388

| *Date* | *Action* | *By* | *Comment* |
|---|---|---|---|
| 10/26/26, 10:48AM | Delivered | FedEx | |
| 10/23/26, 6:07PM | En route | FedEx | Scheduled delivery date: 10/26/26 |
| 10/23/26, 11:54AM | Created | SILLSCUMMIS\apdrayton | 879124748981 |