# EXHIBIT D


[redacted] the Court Order containing the dial-in instructions for tomorrow's status conference.
Tue, Sep 22 at 9:58 AM
DE 139 _ Order to Show Cause.pdf
PDF Document · 171 KB
Mr Danis, for your reference I've attached here a copy of an Order the Court entered yesterday.
Yesterday 3:47 PM
119124578787.pdf
PDF Document · 219 KB
Mr Danis, for your reference I've attached an Order the Court entered last week.
Delivered